941 A.2d 1260

**Michael TURNER, Petitioner,**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Petitioner.**

**No. 174 EM 2007.**

Supreme Court of Pennsylvania.

Feb. 7, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 7th day of February, 2008, the Application Seeking Leave to File Original Process is granted. The Petition for Writ of Mandamus and/or Extraordinary Relief and/or Kings Bench Relief is denied, without prejudice to file a petition for expedited disposition of Petitioner's pending motion with the Philadelphia County Common Pleas Court.